JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSA TROGLIA,<br><br>Plaintiff,<br><br>v.<br><br>CERRITOS COMMUNITY COLLEGE DISTRICT, et al.,<br><br>Defendant(s). | Case No. 2:25-cv-03161-DOC-KES<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 23.)  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 25) have been made.  The Court adopts the findings, conclusions, and recommendations of the United States Magistrate Judge.

Defendants' Motion to Dismiss the First Amended Complaint (Dkt. 7) is GRANTED, in part, thereby:

(1) DISMISSING *with prejudice and without leave to amend* (a) all

claims against Defendant Cerritos Community College District; (b) all claims against Defendant Erin Miles; and (c) Claims One, Two, Three, Five, and Six against the other eight individual Defendants; and

(2) DISMISSING *with leave to amend* Claim Four against the other eight individual Defendants.

Defendants' Motion for a More Definite Statement (Dkt. 7) is GRANTED, thereby requiring Plaintiff Tessa Troglia:

(1) either to omit Defendants Russ May, Kari Hemmerling, and Monica Dinius from any Second Amended Complaint, or add facts showing their involvement in the alleged retaliation; and

(2) to identify the defendants against whom she seeks punitive damages.

Defendants' Motion to Strike (Dkt. 7) is DENIED *without prejudice*.

Defendants' Request for Judicial Notice (Dkt. 8) is GRANTED.

IT IS THEREFORE ORDERED.

DATED: September 19, 2025

David O. Carter
UNITED STATES DISTRICT JUDGE