UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSA TROGLIA,<br><br>       Plaintiff,<br><br>   v.<br><br>CERRITOS COMMUNITY<br>COLLEGE DISTRICT, et al.,<br><br>       Defendants. | Case No. 2:25-cv-03161-DOC-KES<br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION OF U.S.<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 40). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 41, 42) have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss (Dkt. 33) the Second Amended Complaint ("SAC" at Dkt. 32) is GRANTED IN PART and DENIED IN PART, as follows:

(1) Plaintiff's § 1983/First Amendment retaliation claim against SAC Defendants Grosfeld, Artiaga, Natividad, Fierro, and Hemmerling is dismissed with prejudice and without leave to amend;

(2) Plaintiff's § 1983/First Amendment retaliation claim against SAC Defendant Castro is dismissed without prejudice and with leave to amend; and

(3) Plaintiff's prayer for punitive damages as to the remaining SAC Defendants, Castro and May, is dismissed without prejudice and with leave to amend.

IT IS FURTHER ORDERED that Plaintiff's Request for Judicial Notice (Dkt. 37) is GRANTED, in part, as it pertains to her August 2021 and July 2022 emails (Dkt. 38, Ex. A-B) and California Code of Regulations, title 5, section 53024(a)(3) (Id., Ex. D).

DATED:  January 14, 2026

Hon. David O. Carter
UNITED STATES DISTRICT JUDGE

2