UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TESSA TROGLIA,

        Plaintiff,

    v.

RUSS MAY, et al.,

        Defendants.

Case No. 2:25-cv-03161-DOC-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 50). No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss (Dkt. 46) is granted in part and denied in part, and (2) Plaintiff's request for punitive damages is dismissed without leave to amend.

DATED: June 17, 2026

_____
Hon. David O. Carter
UNITED STATES DISTRICT JUDGE